SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ECI TWO ARDEN, LLC,<br><br>    Defendant. | Case No. **2:11-cv-00779-FCD-CMK**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 22, 2011 FOR DEFENDANT ECI TWO ARDEN, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, ECI Two Arden, LLC, by and through their respective attorneys of record, Scott N. Johnson; Adam Dawson, stipulate as follows:

   1. An extension of time has been previously
       obtained for Defendant ECI Two Arden, LLC until

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

       June 22, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant ECI Two Arden, LLC is granted an extension until July 22, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant ECI Two Arden, LLCs' response will be due no later than July 22, 2011.

IT IS SO STIPULATED effective as of June 8, 2011

Dated:  June 8, 2011            /s/Adam Dawson_____  ___
                                Adam Dawson,
                                Attorney for Defendant
                                ECI Two Arden, LLC

Dated:  June 8, 2011            /s/Scott N. Johnson ____
                                Scott N. Johnson,
                                Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant ECI Two Arden, LLC shall have until July 22, 2011 to respond to complaint.

Dated: June 8, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2