SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>ECI TWO ARDEN, LLC,<br><br>          Defendant | Case No. **2:11-cv-00779-FCD-CMK**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 23, 2011 FOR DEFENDANT ECI TWO ARDEN, LLC TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, ECI Two Arden, LLC, by and through their respective attorneys of record, Scott N. Johnson; Eric Yopes, stipulate as follows:

   1. An extension of time has been previously
       obtained for Defendant ECI Two Arden, LLC until

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

July 22, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant ECI Two Arden, LLC is granted an extension until August 23, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant ECI Two Arden, LLC response will be due no later than August 23, 2011.

IT IS SO STIPULATED effective as of July 27, 2011

Dated:   July 27, 2011                /s/Eric Yopes_____
                                      Eric Yopes,
                                      Attorney for Defendant
                                      ECI Two Arden, LLC

Dated:   July 27, 2011                /s/Scott N. Johnson ____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant ECI Two Arden, LLC shall have until August 23, 2011 to respond to complaint.

Dated: July 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE